# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2014

*The Court of Appeals hereby passes the following order:*

**A13A1657.  MANOR GOLF DEVELOPMENT, LLC et al. v. NEUSE, INC.**

Appellant Manor Community Association, Inc. has filed a motion to withdraw its appeal.  Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/14/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*